**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 01-cr-40017-JPG |
| | ) | |
| DEREK A. WAITHE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on defendant Derek A. Waithe's Motion for Reduction and to Appoint Counsel [Doc. 584]. The Court informed the defendant that the relief he sought was only available through a 28 U.S.C. § 2255 motion and informed the defendant that if he did not withdraw his motion, the Court would construe it as motion pursuant to § 2255. [Doc. 585]. The defendant did not file a response in his criminal case; however, he did file a § 2255 motion. *See Derek A. Waithe v. United States*, 17-cv-00619-JPG (ILSD 2017).

Defendant's § 2255 motion was dismissed May 23, 2017, for lack of jurisdiction. Defendant had previously filed a § 2255 and until such time as the Seventh Circuit Court of Appeal authorizes the petitioner to file a successive petition, this Court did not have jurisdiction to entertain his successive § 2255 motion.

The defendant has not specifically indicated to the Court that he wishes to withdraw his motion; however, he did file a separate § 2255 which included the same issues making the motion at bar moot. Therefore, defendant Derek A. Waithe's Motion for Reduction and to Appoint Counsel [Doc. 584] is **DIMISSED** as moot.

**IT IS SO ORDERED.**

**DATED:** 6/20/2017          *s/J. Phil Gilbert*
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**